

480 39th Street, 2nd Floor
Brooklyn, NY 11232
T: 718.439.3600
F: 718.439.1452
www.gonylaw.com
info@gonylaw.com

Hon. Robert M. Levy  
Magistrate Judge  
United States District Court  
Eastern District of New York  
225 Cadman Pl. E  
Brooklyn, New York 11201  

October 1, 2020

Re: Ramirez vs. Electro USA Corp. et al  
Case #: 19-cv-05798-EK-RML

Dear Hon. Robert M. Levy:

I am the attorney for Ms. Dileny Ramirez, plaintiff in the in the referenced matter. On September 21, 2020 a telephone conference was held on the matter with the following participants:

1. The Court;
2. Mr. Curt Schmidt, attorney for defendants;
3. Defendant Jessica Rojas; and
4. Heriberto Cabrera, attorney for plaintiff.

At the conference, the undersigned informed the Court we would be seeking to amend the complaint to add another plaintiff. The Court was gracious enough to grant plaintiff's attorney's request with the consent of defense counsel. During the appearance the Court asked the undersigned the name of the incoming plaintiff and the Court was informed that the name of the incoming plaintiff is Nicole Reina. Within days of the name of the future plaintiff being revealed, Mr. Reina received a call from a current worker of defendants informing her that she will be deported if she continues in the action because she is undocumented. Further, the worker

ndicated that Ms. Reina would be offered a better salary and weekends off if she did not continue with her suit and returned to work with defendants.

Clearly, this communication constitutes a threat, and was intended to alarm and dissuade Ms. Reina, who is an undocumented worker, from prosecuting the cause of action against defendants. The communication had to originate from, or was made at the behest of one of the parties who participated in the conference of Sept. 21, 2020. As you can see, the list of the participants of that call were extremely limited and Ms. Rojas was the only party to the action who participated in the conference. Accordingly, it is glaringly apparent that the call could only have originated at the urging of defendant Rojas.

The fear is that any continued threats to Ms. Reina, may have the intended effect of dissuading her from participating in the lawful processes of this Court. During her call to my office, Ms. Reina was extremely concerned about her future given her status as an undocumented alien. Ms. Reina was extremely anxious after having received the call and questioned whether defendants are permitted to orchestrate or follow-up on the threats made. I assured Ms. Reina that I would seek the Court's intervention.

On September 30, 2020, I noticed Mr. Schmidt, attorney for defendant, that I would be seeking the intervention of the Court as the conduct of defendant Rojas is both reprehensible and egregious. Accordingly, it is respectfully requested this Court intervene to admonish defendant Rojas for her reprehensible conduct and further to order defendant Rojas not to have any future contact with any of the plaintiffs in this case either directly, or indirectly.

Respectfully submitted,

Heriberto Cabrera