UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DILENY RAMIREZ and NICOLE REINA,<br><br>         Plaintiffs,<br><br>- against –<br><br>ELECTRO USA CORP., D/B/A "ELECTRO USA", ELECTRO USA 3 CORP., D/B/A "ELECTRO USA", ELECTRO WIRELESS CORP., VIVO WIRELESS CORP., D/B/A "VIVO WIRELESS", LINK WIRELESS CORP., D/B/A "FIX ME MOBILE", SUCCESS WIRELESS CORP., D/B/A "ELECTRO WIRELESS", PANELA BAKERY CORP., and JESSICA ROJAS<br><br>         Defendants, | Case No. 19-cv-5798<br><br>**NOTICE OF APPEARANCE** |

To: The clerk of court and all parties of record

  PLEASE TAKE NOTICE, that the undersigned attorney, duly authorized to practice within the Eastern District of New York, hereby enters her appearance as counsel for the Defendants in the above captioned matter.

Dated: Flushing, New York
    March 1, 2021

            HANG & ASSOCIATES, PLLC.
            ___/s/ *Diana Y. Seo*_____
            Diana Y. Seo, Esq.
            136-20 38th Avenue, Suite 10G
            Flushing, NY 11354
            T: (718) 353-8588
            F: (718) 353-6288
            *dseo@hanglaw.com*
            *Attorneys for Defendants*